Núm. 6329.—Pueblo, apldo. *v.* Maldonado, aplte.—C. D. Guayama. Febrero 5, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el acusado apelante fué condenado por la Corte de Distrito de Guayama por un delito de acometimiento y agresión simple, y señala como único error cometido por la corte inferior el de haber dictado sentencia en contra de la prueba y de la ley;

Por cuanto, de la lectura de la transcripción de la evidencia resulta que la prueba aducida por el fiscal es en nuestra opinión ampliamente suficiente para sostener la acusación y para justificar la sentencia apelada, siendo a la corte sentenciadora a la que corresponde pesar la prueba, juzgar sobre la credibilidad de los testigos de ambas partes y resolver los conflictos que pudieran resultar de toda la prueba;

Por cuanto, ni se ha alegado ni resulta de los autos que la corte inferior haya actuado movida por pasión, prejuicio o parcialidad, o que en la apreciación de la prueba haya incurrido en error manifiesto;

Por lo tanto, se declara sin lugar el recurso y se confirma la sentencia apelada.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.